FILE COPY

RE: Case No. 15-0103                          DATE: 2/5/2015
COA #: 01-13-00092-CV    TC#: 07CV0920
STYLE: AUGUSTA BARGE COMPANY
    v.  FIVE B'S, INC.
     A petition for review was filed today in the above-styled
case.  Respondent may file either a response, or a waiver of
response.  If you file a waiver, the Court will not grant the
petition without first requesting a response.  (Tex. R. App. P.
53.3)  There is no fee for a response or a waiver.


                    MR. CHRISTOPHER  PRINE
                    CLERK, FIRST COURT OF APPEALS
                    301 FANNIN
                    HOUSTON, TX  77002